**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **ALVIN DANIELS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 5:12-CV-410(MTT)** |
| | ) | |
| **UNNAMED SHERIFF OF HOUSTON COUNTY,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**ORDER**

Before the Court is the Plaintiff's Motion for Certificate of Appealability.  (Doc. 7).

The Plaintiff brought § 1983 claims against the Defendant for his alleged

unconstitutional arrest and prosecution, and his complaint was dismissed for failure to

state a claim.  (Doc. 6).  Following the dismissal, the Plaintiff filed the present Motion for

a Certificate of Appealability.  (Doc. 7).   However, a Certificate of Appealability is not a

prerequisite to the appeal of a § 1983 action.  Therefore, the Plaintiff's Motion is

**DENIED** as moot.

**SO ORDERED**, this 3rd day of January, 2013.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT